No. 79–1739. INUPIAT COMMUNITY OF THE ARCTIC SLOPE *v.* ATLANTIC RICHFIELD Co. ET AL.; and

No. 79–1743. UNITED STATES *v.* ATLANTIC RICHFIELD Co. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. JUSTICE STEWART and JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 612 F. 2d 1132.

No. 79–2080. MEAD CORP. ET AL. *v.* ADAMS EXTRACT Co. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–82. LEMONS ET AL. *v.* CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 79–1791. FLYNT *v.* GEORGIA. Ct. App. Ga. Certiorari denied. JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 79–1918. HAWKINS *v.* CITY OF BIRMINGHAM; and HOLDERFIELD *v.* CITY OF BIRMINGHAM. Ct. Crim. App. Ala. Certiorari denied. JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant certiorari and reverse the convictions.

No. 79–6345. THOMAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 79–1802. TOMLIN ET AL. *v.* WOODRUFF ET AL. C. A. 6th Cir. Motion of Tennessee Bar Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.